UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUIOA HART,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | No. 2:17-cv-0285 DB<br><br><br><br>ORDER |

On February 27, 2017, the undersigned granted plaintiff's motion to proceed in forma pauperis and ordered plaintiff to submit to the United States Marshal the documents necessary for service of process. (ECF No. 3.) Plaintiff was also ordered to file in this court a declaration stating the date on which the documents were submitted to the United States Marshal within five days after submitting those documents.

On March 20, 2017, plaintiff filed such a declaration. (ECF No. 6.) However, on March 27, 2017, plaintiff filed a request for new documents for service, stating that the United States Marshal's Office informed plaintiff that she did not submit a complete packet. (ECF No. 7.) New service documents were sent to plaintiff the following day.

////

////

1

Despite the considerable passage of time, plaintiff has not filed a declaration stating the date on which the documents necessary for service were submitted to the United States Marshall and the defendant has not appeared in this action. Plaintiff is advised that Rule 4(m) of the Federal Rules of Civil Procedure provides that a defendant must be dismissed if service of the summons and complaint is not accomplished on the defendant within 90 days after the complaint was filed.

Accordingly, IT IS HEREBY ORDERED that plaintiff shall show cause in writing within twenty-one days why this case should not be dismissed for lack of prosecution.[1] Failure to file a timely response may result in the dismissal of this action.

Dated: September 12, 2017

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DB\orders\orders.soc sec\hart0285.osc.service

---

[1] Plaintiff may also satisfy this order by filing a declaration stating the date on which the documents were submitted to the United States Marshal.