UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAQUIOA HART,<br><br>Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | No. 2:17-cv-0285 GEB DB PS<br><br><br><br>ORDER |

This action was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(15).

On October 12, 2017, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days after service of the findings and recommendations. The fourteen-day period has expired, and plaintiff has not filed any objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.

////

////

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed October 12, 2017 (ECF No. 9) are adopted in full;

2. Plaintiff's February 10, 2017 complaint (ECF No. 1) is dismissed without prejudice; and

3. This action is closed.

Dated:  November 21, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge